# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **TORRANCE HILL,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:22-cr-00151-TES-SMD-1** |

### ORDER CONTINUING TRIAL AND
### SETTING CHANGE OF PLEA HEARING

In light of Defendant Torrance Hill's plea announcement to the Court, the trial scheduled for Monday, August 7, 2023,[1] in Opelika, Alabama, is **CONTINUED** to November 13, 2023, the Court's next regularly scheduled trial term.[2] (Doc. 75). The Court schedules a Change of Plea hearing for *9:00 a.m.* on *Monday, August 7, 2023*, in Opelika, Alabama.

**SO ORDERED**, this 1st day of August, 2023.

    S/ Tilman E. Self, III
    **TILMAN E. SELF, III, JUDGE**
    **UNITED STATES DISTRICT COURT**

---

[1] The Court's Oral Order denying the Government's Motion to Continue Trial (Doc. 67) is **VACATED**, and the Clerk of Court may release the jurors summoned for jury service for August 7, 2023.

[2] Any delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).